UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN A. DUARTE,<br><br>    Petitioner,<br><br>    v.<br><br>PATRICK COVELLO,<br><br>    Respondent. | No. 2:22-cv-02059-DAD-CKD<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file an opposition to respondent's motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 14) is granted.

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to respondent's motion to dismiss.

3. No further extensions of time will be granted.

Dated: April 10, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/duar2059.36

1